1 | Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
2 | **CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
3 | 980 9th Street, Suite 380
Sacramento, California 95814
4 | Telephone:    916.446.5297
Facsimile:    916.448.5047
5 |
Attorneys for Plaintiff MICHAEL ESTRADA
6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 |

| MICHAEL ESTRADA, | Case No. 1:13-CV-00778-BAM |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

        NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff

MICHAEL ESTRADA substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing

Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No.

071170, c/o Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as

follows:

Messing Adam & Jasmine LLP

980 9th Street, Suite 380

Sacramento, CA 95814

Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

Email: jhenderson@majlabor.com

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

Case No. 1:13-CV-00778-BAM

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1   I consent to the above substitution.

2                                                                /s/ Michael Estrada

3   Date: 4/23/15                                                Michael Estrada

4

5   I consent to being substituted.                             **CARROLL, BURDICK & MCDONOUGH LLP**

6                                                                /s/ David Godwin

7   Date: 4/29/15                                                David Godwin

8

9   I consent to the above substitution.                        **MESSING ADAM & JASMINE LLP**

10                                                               /s/ James W. Henderson, Jr.

11  Date: 4/17/15                                                James W. Henderson, Jr.

12

13                               ORDER

14          The substitution of attorney is hereby approved.

15

16  IT IS SO ORDERED.

17  Dated:   **April 30, 2015**                    /s/ Barbara A. McAuliffe

18                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO