1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Michael G. Woods, #58683
   Christina C. Tillman, #258627
3  7647 N Fresno Street
   Fresno, California 93720
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5
   Attorneys for Defendant COUNTY OF FRESNO
6

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | MICHAEL ESTRADA,            | Case No. 1:13-CV-00778  BAM
12 |         Plaintiff,          | **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION**
13 |    v.                       |
14 | COUNTY OF FRESNO,           |
15 |         Defendant.          |

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER
APPROVING SETTLEMENT AND DISMISSING ACTION

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL ESTRADA and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff MICHAEL ESTRADA waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: September 22, 2016                    McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


                                             By:      /s/ Christina C. Tillman
                                                      Michael G. Woods
                                                      Christina C. Tillman
                                             Attorneys for Defendant COUNTY OF FRESNO


Dated: September 30, 2016                    MESSING, ADAM & JASMINE, LLP


                                             By:      /s/ James W. Henderson, Jr.
                                                      James W. Henderson, Jr.
                                                      Attorneys for Plaintiff
                                                      MICHAEL ESTRADA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM
STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff MICHAEL ESTRADA, is dismissed with prejudice and that Plaintiff MICHAEL ESTRADA has waived any right of appeal in connection with this matter.  The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **November 1, 2016**             /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION